IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13CR058 |
| v. | : | |
| DEMETRIUS HARRIS | : | |

ORDER TO UNSEAL CASE

IT IS HEREBY ORDERED that the above captioned case ordered sealed by the Order of this Court, be unsealed by the Clerk of Courts.

DATE: 4/12/2013

*s/ Timothy S. Black*
JUDGE TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT